## DODDER v. WASHITA LUMBER CO.

No. 4826. Opinion Filed September 7, 1915.

(151 Pac. 679.)

APPEAL AND ERROR—Presentation for Review—Dismissal—Case Made—Time to Make and Serve—Extension. Where, in a case-made, there appears a purported journal entry of judgment, and a recitation that an order was made extending time to make and serve case-made, and the purported journal entry of judgment does not appear to have been filed by the clerk of the court, or entered in the court journal, and the case-made or transcript of the record does not contain the order extending time to make and serve case-made, and show that same has been filed with

Dodder v. Washita Lumber Co.

the clerk of the court, or entered in the journal, nothing is presented to this court for decision, and the cause will be dismissed.

(Syllabus by McKeown, C.)

*Error from County Court, Custer County;*
*J. C. McKnight, Judge.*

Action by H. R. Dodder against the Washita Lumber Company. Judgment for defendant, and plaintiff brings error. Dismissed.

*Chas. T. Randolph,* for plaintiff in error.

*Phillips & Mills,* for defendant in error.

Opinion by McKEOWN, C. This court will examine the transcript of the record, and case-made, to ascertain its jurisdiction; and when there appears a purported journal entry of judgment in the case-made, and a recitation that an order was made extending time to make and serve case-made, and the purported journal entry of judgment is not shown to have been filed by the clerk of the court, or entered in the journal of the court, and no order extending time to make and serve case-made being set out in the case-made, or shown to have been filed, or entered on the journal by the clerk of the trial court, this does not present anything to this court for decision, and a purported order of the trial judge extending time in which to make and serve a case-made is without force, when the case-made fails to show affirmatively that such order was made and entered. *Town of Okemah v. Allen,* 48 Okla. 757, 150 Pac. 669.

We recommend that this cause be dismissed.

By the Court: It is so ordered.